LODGED
CLERK, U.S. DISTRICT COURT
10/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

FILED
CLERK, U.S. DISTRICT COURT
10/31/25
CENTRAL DISTRICT OF CALIFORNIA
BY: sr  DEPUTY

JS-6

# United States District Court
# Central District Court of California

**In the Matter of:**  2:24-CV-11255-JFW

GUANG YU, v.   ALEJANDRO MAYORKAS, Secretary of DHS;
               TRACY RENAUD, Director of USCIS;
               JENNIFER B. HIGGINS, Associate Director of USCIS Asylum Division; and
               DAVID M. RADEL, Director of Los Angeles Asylum Office

## ORDER OF THE JUDGE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal, it is HEREBY ORDERED that the motion be  ☒ **GRANTED**   ☐ **DENIED** because:

☐ DHS does not oppose the motion.
☐ The defendant does not oppose the motion.
☐ A response to the motion has not been filed with the court.
☐ Good cause has been established for the motion.
☐ The court agrees with the reasons stated in the opposition to the motion.
☐ The motion is untimely per _____.
☒ Other: Plaintiff's Voluntary Dismissal docket no. 11

October 31, 2025
Date

_/s/ John F. Walter_
Judge

---

### Certificate of Service

This document was served by:   [ ] Mail   [ ] Personal Service
To:   [ ] Alien   [ ] Alien c/o Custodial Officer   [ ] Alien's Atty/Rep   [ ] DHS
Date: _____   By: Court Staff _____